

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

TMSSS Enterprise LLC, a California
Limited Liability Complany; Alejandro
Medina, an Individual

**Plaintiff,**

V.

James Tooma, an individual; Chaldean
Properties Inc., a California
Corporation; Does 1-10, Inclusive

**Defendant.**

Civil Action No.   24cv0012-JLS-MMP

# DEFAULT JUDGMENT
# IN A CIVIL CASE

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court:
ENTERS Judgment in favor of Plaintiffs against Defendants James Tooma and Chaldean Properties Inc.; GRANTS Plaintiffs' request for attorneys' fees and costs; AWARDS Plaintiffs reasonable attorneys' fees in the amount of $35,480; and AWARDS Plaintiffs costs in the amount of $480. Defendants' liability for the total amount is joint and several.

**Date:**   2/11/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By:  s/  A. Santiago

A. Santiago, Deputy